United States District Court
Southern District of Texas

**ENTERED**
May 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DIANA REYNA, §
    §
    Plaintiff, §
    §
v. § CIVIL ACTION NO. H-18-3886
    §
WRIGHT NATIONAL FLOOD §
INSURANCE COMPANY, §
    §
    Defendant. § JURY: ____   Non-Jury: __X__

## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. NEW PARTIES shall be joined by:     N/A
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be identified by
   a report listing the qualifications of each expert, each opinion
   the expert will present, and the basis for it. Due date:    July 31, 2019

3. EXPERT WITNESSES for the DEFENDANT will be identified
   by a report listing the qualifications of each expert, each opinion
   the expert will present, and the basis for it. Due date:    Sept. 30, 2019

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed so close
   to this deadline that the recipient would not be required under the
   Federal Rules of Civil Procedure to respond until after the deadline.    Nov. 15, 2019

5. DISPOSITIVE and NON-DISPOSITIVE MOTIONS (except
   motions in limine) will be filed by:    Dec. 15, 2019

6. JOINT PRETRIAL ORDER will be filed by:    March 15, 2020
   Plaintiff is responsible for timely filing the complete
   Joint Pretrial Order to include Voir Dire and Jury Issues.

7. DOCKET CALL is set for:    April 3, 2020 at 4:00 p.m.
   The Court will set this date. No instrument filed within 7 days
   before the Docket Call will be considered at Docket Call.

Date: 5/31/19

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE