United States District Court
Southern District of Texas
**ENTERED**
September 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3886 |
| | § | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

ORDER FOR MEDIATION

United States Magistrate Judge Andrew M. Edison has advised the undersigned that the parties in this case have requested to mediate this case before Judge Edison, who has agreed to mediate similar cases for these same attorneys. Judge Edison has advised the Court that he is willing to do so. Accordingly, subject to the approval of the District Judges from whom Judge Edison regularly takes assignments, the request of the parties in this case to proceed to mediation before Judge Edison is APPROVED.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 9TH day of September, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE